

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MATTHEW WEIR**
*Assistant Corporation Counsel*
(212) 676-1347
(212) 788-9776 (fax)
mweir@law.nyc.gov

September 10, 2010

**BY HAND AND VIA E.C.F.**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Axil Martinez v. City of New York, et al.
10 Civ. 671 (FB) (JO)

Your Honor:

    In furtherance of my letter of August 17, 2010, I write to inform the Court that the parties have reached a settlement in the above-referenced matter. Accordingly, the defendants respectfully submit the enclosed stipulation and order of settlement and dismissal, executed by counsel for both parties, for the Court's endorsement.

    I thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/ Matthew Weir*
Matthew Weir
Assistant Corporation Counsel
Special Federal Litigation Division

Encl.

cc: Hon. James Orenstein, U.S.M.J. (via E.C.F.)
    Duncan Peterson, Esq., attorney for plaintiff (via E.C.F.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AXIL MARTINEZ,

                                                 Plaintiff,

-against-

THE CITY OF NEW YORK, SERGEANT
MICHAEL DANNECKER, DETECTIVE EDWARD
WILSON, DETECTIVE TIMUR EVREN, and
POLICE OFFICERS JOHN DOES 1-4, Individually,
and as members of the NEW YORK CITY POLICE
DEPARTMENT,

                                                 Defendants
------------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

10 Civ. 671 (FB) (JO)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about February 17, 2010, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

        2.    The City of New York hereby agrees to pay plaintiff AXIL MARTINEZ the sum of FORTY-SEVEN THOUSAND FIVE HUNDRED DOLLARS ($47,500) in full

satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal with prejudice of all the claims against the named defendants, the City of New York, Michael Dannecker, Edward Wilson and Timur Evren, and to release all of defendants, including the defendants named herein as "POLICE OFFICERS JOHN DOES 1-4," and any present or former employees and agents of the City of New York or any agency thereof, including, but not limited to, the New York City Police Department, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to defendant's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless the City of New York and defendants regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
August 19, 2010

Duncan Peterson, Esq.
Peterson Pelle Cave LLP
Attorneys for Plaintiff
233 Broadway, Suite 1800
New York, NY 10279
(212) 240-9075

By: _____
Duncan Peterson
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-137
New York, New York 10007
(212) 676-1347

By: _____  8/30/10
Matthew Weir
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE